JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR AUGUSTO JARABA-IBARRA,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. CV 5:26-05126-JGB-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: September 21, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE